UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

       - against -

Erikson Zapata,

           Defendant.
----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2 24 2012

11 Crim. 468 (NRB)

**CORRECTING MEMORANDUM**

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Memorandum and Order in this case signed on February 22, 2012 and filed on February 23, 2012 should be corrected as follows:

1. Page 2 Footnote 2: The phrase "but not specifying whether" should be removed from the citation following the footnote's initial sentence.

**IT IS SO ORDERED.**

Dated:    New York, New York
          February 23, 2012

                        NAOMI REICE BUCHWALD
                        UNITED STATES DISTRICT JUDGE

A copy of the foregoing Correcting Memorandum has been mailed on this date to the following:

<u>Attorney for the Government</u>:
Kristy J. Greenberg, Esq.
U.S. Attorney's Office
One Saint Andrew's Plaza
New York, NY 10007

<u>Attorney for Defendant</u>:
Alexander Arandia, Esq.
Arandia & Arandia
118-35 Queens Boulevard, Suite 1201
Forest Hills, NY 11375